UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD SCHOMAKER,

    Petitioner,        Case No. 1:10cv765

v.               Hon. Robert J. Jonker

GENERAL MOTORS, et al.,

    Respondent.
_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

   The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on August 29, 2011. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C), in spite of an extension in which to file those objections to September 19, 2011.

   **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 29, 2011, is approved and adopted as the opinion of the court.

   **IT IS ORDERED** that the motion to dismiss, filed by Defendant General Motors, (docket #10) is **GRANTED**.  The motion to dismiss by Defendants Stroup, Tomaszewski and Tessier (docket #12) is **GRANTED**.  Plaintiff's motion to amend (docket # 19) is **DENIED**.  Plaintiff's motion for default (docket #23) is **DENIED**.  This action is **DISMISSED.**

                  /s/ Robert J. Jonker
                  ROBERT J. JONKER
                  UNITED STATES DISTRICT JUDGE

DATED:  September 21, 2011.